**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Miriam Blank v. Jack Nuszen

Appellate case number:   01-18-00379-CV

Trial court case number:  2008-51454

Trial court:                    246th District Court of Harris County

On August 13, 2018, appellant, Miriam Blank, filed her appellant's brief. Appellant's brief contains "[s]ensitive [d]ata" as defined by Texas Rule of Appellate Procedure 9.9(a) and requires redaction. *See generally* TEX. R. APP. P. 9.9 (privacy protection for documents filed in civil cases).

Accordingly, we STRIKE appellant's brief filed August 13, 2018. Appellant is ORDERED to refile, within 7 days of the date of this order, a compliant brief containing appropriate redactions.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                          ☑ Acting individually    ☐ Acting for the Court

Date: September 13, 2018